[Cite as *Storts v. Ohio Univ.*, 2011-Ohio-5317.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CAROL J. STORTS

    Plaintiff

    v.

OHIO UNIVERSITY

    Defendant

    Case No. 2011-05670-AD

Acting Clerk Daniel R. Borchert

MEMORANDUM DECISION

THE COURT FINDS THAT:

{¶1} On April 8, 2011, plaintiff, Carol Storts, filed a complaint against defendant, Ohio University, alleging she suffered personal injury when she tripped on "plastic floor covering that was not taped down." Plaintiff sought damages in the amount of $975.14, the total cost of medical expenses and reimbursement of the filing fee. Plaintiff submitted the $25.00 filing fee with her complaint.

{¶2} On May 25, 2011, defendant filed an investigation report stating that "Ohio University does not contest this claim" and acknowledging plaintiff suffered unrecovered damages in the amount of $975.14.

{¶3} Plaintiff did not file a response.

THE COURT CONCLUDES THAT:

{¶4} Liability on the part of defendant has been established. See *Thresher Bros., Inc. v Eichel* (1933), 1933 Ohio Misc. 15 Ohio L Abs 642.

{¶5} Plaintiff has suffered damages in the amount of $975.14, which includes the $25.00 filing fee, which may be reimbursed as compensable damages pursuant to

the holding in *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CAROL J. STORTS

    Plaintiff

    v.

OHIO UNIVERSITY

    Defendant

    Case No. 2011-05670-AD

Acting Clerk Daniel R. Borchert

## ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $975.14, which includes the filing fee. Court costs are assessed against defendant.

                      DANIEL R. BORCHERT
                      Acting Clerk

Entry cc:

Carol J. Storts                 George T. Wendt, Risk Manager
16000 Egypt Pike              Ohio University

Clarksburg, Ohio  43115

160 Union Street
HDL Center 166 H
Athens, Ohio  45701

SJM/laa
6/13
Filed 7/18/11
Sent to S.C. reporter 10/13/11